FILED
2020 Jul-10 AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **FAME ENTERPRISES, INC.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **ATLANTIC RECORDING CORPORATION,** | ) ) ) ) |
| **Defendant.** | ) ) |

## DECLARATION OF DAVID WOIRHAYE

Comes now, the undersigned David Woirhaye pursuant to 28 U.S.C. § 1746, and states the following:

1. I am over the age of 21 years and a resident of California. I have personal knowledge of the facts stated herein. I am Senior Vice President and Chief Financial Officer of Rhino Entertainment Company ("Rhino"), which, like defendant Atlantic Recording Corporation ("Atlantic"), is a company within Warner Music Group ("WMG"). Rhino is the WMG company that manages the catalog rights for Atlantic, including the rights related to the master sound recordings embodying the performances of Clarence Carter (the "Clarence Carter Masters").

2. I have reviewed the Complaint filed by Fame Enterprises, Inc. ("Fame"), which alleges that it has an option to repurchase 57 Clarence Carter

Masters for $1.00 each as part of a 1969 contractual agreement between Fame and Atlantic.

    3.    Based on my experience valuing WMG's master sound recordings, the fair market value of the Clarence Carter Masters is estimated to be $389,000 using the methodology discussed below, which takes into account the widely accepted Discounted Cash Flow ("DCF") income approach and the Gordon Growth Model.

    4.    I use the DCF income approach to estimate the value of an asset – in this case, the Clarence Carter Masters – over a 10-year period based on the present value of future economic benefits that are to be produced by that asset.

    5.    In addition to the DCF income approach, it is appropriate to capture the value from cash flows that are expected to continue beyond the forecast period of 10 years.  Therefore, we also incorporated the Gordon Growth Model to determine the "terminal value" of the Clarence Carter Masters, which reflects the present value of cash flows beyond the 10-year forecast period.  This model incorporates a discount rate, less the anticipated long-term growth rate, to estimate the value of the cash flows beyond the 10-year forecast period.  The Gordon Growth Model for deriving the terminal value is expressed as follows:

$$\text{Terminal Value} = \frac{\text{Terminal Year Cash Flows}}{(\text{Discount Rate} - \text{Long-Term Growth Rate})}$$

    6.    For the terminal year cash flows, we applied the forecasted year 10 profits after tax (net cash flow) from our forecasted yearly cash flows.  This is a

standard practice used in terminal valuations to capture the last forecasted period net cash value.  We applied a conservative negative growth rate.

7. This calculation of the fair market value of the Clarence Carter Masters, resulting in an estimated fair market value of $389,000, was performed by employees under my direct supervision using the DCF income approach and the Gordon Growth Model.  These two approaches for calculating fair market value are consistent and widely used in the marketplace for valuing assets, not only within the music industry.  We have used 3.5 years of historical financial data from our audited financials as the baseline for our analysis and excluded any non-ordinary or one-time items that could undervalue or overvalue the forecast.  My department performs similar and comparable analyses with frequency in connection with our job responsibilities.

8. I declare under penalty of perjury that the foregoing is true and correct.

Signed this: 9th day of July 2020.

_____

DAVID WOIRHAYE

3